ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trevor J. Smith,

Plaintiff,

vs.

Cinema Entertainment Corporation and Gary Kelleber, in his individual capacity and his capacity as employee and agent of Cinema Entertainment Corporation,

Defendants.

Case No. 02 CV 760 PAM/RLE

**STIPULATION TO EXTEND TIME TO ANSWER**

and Order

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendants may have up to and including May 24, 2002, to file an answer in this matter and further request the Court to enter an order pursuant to this Stipulation.

Dated: May 6, 2002.

Peter James Nickitas

Peter James Nickitas (#212313)
28 Orme Court
St. Paul, MN 55116
(651) 699-1864

ATTORNEY FOR PLAINTIFF

Dated: May 7, 2002.

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#139804)
Paul Egtvedt, (#282194)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS

FILED MAY 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

It is hereby ordered that Defendants shall have up to and including May 24, 2002, to answer Plaintiff's Complaint in this matter.

Dated this 13th day of May, 2002.

BY THE COURT:

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson