# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Trevor J. Smith,

v.

Cinema Entertainment, Corp., et al.,

## CIVIL TRIAL NOTICE

**Case Number 02-760 (PAM/RLE)**

(x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

Courtroom #1 (4th Floor)
515 W. 1st Street
Duluth, Minnesota 55802

**Before the Honorable Paul A. Magnuson on Monday, August 25, 2003 @ 9:00 A.M., for civil jury selection and trial.**

Counsel shall submit pretrial materials (**an original and two copies**) pursuant to Rule 39 directly to Judge Magnuson's chambers, Room 730 Federal Building, 316 North Robert St., St. Paul, MN 55101 by 4:30 P.M. on Monday, August 18, 2003. **COUNSEL MUST PREMARK ALL EXHIBITS.**

Dated: June 23, 2003

RICHARD SLETTEN, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Peter Nickitas
Thomas Marshall
Paul Egtvedt

JUN 23 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK