UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Trevor J. Smith,

Plaintiff,

vs.

ORDER OF DISMISSAL

Cinema Entertainment Corp., et al.,

Defendants.

Civ. No. 02-760(PAM/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 30 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Paul A. Magnuson
United States District Court

DATED: July 3, 2003
At St. Paul, Minnesota

FILED JUL 03 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK