UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Trevor J. Smith,

Plaintiff,

vs.

Cinema Entertainment Corporation, and Gary Kelleher, in his individual capacity and his capacity as employee and agent of Cinema Entertainment Corporation,

Defendants.

Court File No.: 02-760 (PAM/RLE)

**STIPULATION AND ORDER FOR DISMISSAL**

---

All parties to the above entitled matter, through their respective counsel below-named, hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

Dated: ~~June~~ July 11, 2003.

Peter James Nickitas (#212313)
28 Orme Court
St. Paul, MN 55116

Dated: ~~June~~ July 14, 2003.

JACKSON LEWIS LLP

Thomas E. Marshall #155597
Paul Egtvedt #282194
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS

FILED JUL 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 23 2003
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Stipulation,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 22, 2003

Paul A. Magnuson, Judge
U.S. District Court